NUMBERS 13-04-341-CR and 13-04-342-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

DEREK HUDSON,                                                                        Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.
__________________________________________________________________

On appeal from the 148th District Court of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam


         Appellant, DEREK HUDSON, attempts to appeal his convictions for robbery and
possession of a controlled substance. The trial court has certified that each of these
appeals “is a plea-bargain case, and the defendant has NO right of appeal.” See Tex.
R. App. P. 25.2(a)(2).
         On July 1, 2004, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On July 7, 2004, counsel filed a letter brief with this Court. Counsel’s response
does not establish (1) that the certifications currently on file with this Court are
incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.
 
                                                                                 PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 
filed this the 22nd day of July, 2004.